UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | 2:00-cr-306-KJD-PAL |
| ) | |
| vs.    ) | |
| ) | |
| JABARI MARSHALL,    ) | |
| ) | |
| Defendant.    ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#14) on February 20, 2001. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee in the amount listed below:

**Name of Payee: Bank of America**
**Amount of Restitution Ordered: $8,251.30**

Dated this 3rd day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE